**Order entered September 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00293-CR

**ISRAEL HUERTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56173-R**

## ORDER

The Court **GRANTS** appellant's September 9, 2014 motion to extend time to file his brief. We **ORDER** the appellant's brief received on September 9, 2014 filed as of the date of this order.

The clerk's record does not contain the trial court's certification of appellant's right to appeal and the Court did not separately receive it. A completed certification is required in each case in which the defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Accordingly, we **ORDER** the trial court to prepare and file, within **FIFTEEN DAYS** of the date of this order, a certification that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE